IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **LAVERNE POUSSAINT,** : | |
|     **Plaintiff,** : | |
| : | |
| **v.** : | **CIVIL ACTION NO. 25-CV-0001** |
| : | |
| **RITTENHOUSE SCHOOL APTS, LLC,** : | |
| *et al.*, : | |
|     **Defendants.** : | |

## ORDER

AND NOW, this 3rd day of January, 2025, upon consideration of Plaintiff LaVerne Poussaint's Motion to Proceed *In Forma Pauperis* (ECF No. 1), and *pro se* Emergency Motion to Stay (ECF No. 5) construed as a Complaint, and Exhibit (ECF No. 3), it is **ORDERED** that:

1. Leave to proceed *in forma pauperis* is **GRANTED** pursuant to 28 U.S.C. § 1915.

2. The Complaint is **DEEMED** filed.

3. The Complaint is **DISMISSED WITH PREJUDICE** for the reasons in the Court's Memorandum pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii).

4. The Clerk of Court is **DIRECTED** to **CLOSE** this case.

BY THE COURT:

*/s/ Mary Kay Costello*
_____
**MARY KAY COSTELLO, J.**